■ CINDY ESTRUCH et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v VOLKSWAGEN AG. et al., Appellants. SHOOLMAN LAW FIRM, P. C., Nonparty Respondent. (Appeal No. 2.)—Order insofar as appealed from unanimously reversed on the law without costs and motion granted. Same Memorandum as in *Estruch v Volkswagen AG.* ([appeal No. 1] 177 AD2d 943 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Rosenbloom, J.— Dismiss Claims.) Present—Doerr, J. P., Boomer, Green, Lawton and Davis, JJ.